NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JASON MEMMER,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-2946
                                       )
PAM STEWART, as Commissioner of        )
Education,                             )
                                       )
            Appellee.                  )
_____    )

Opinion filed April 3, 2019.

Appeal from the Education Practices
Commission.

Melissa C. Mihok of CPLS, P.A., Orlando,
for Appellant.

Ron Weaver, Ocala; and Bonnie Wilmot,
Deputy General Counsel, Tallahassee, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, BLACK, and ATKINSON, JJ., Concur.